UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert Potthoff, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>             - against -<br><br>Bob's Discount Furniture, LLC,<br><br>                      Defendant | 1:22-cv-01722<br><br><br><br>Hon. Gary Feinerman |

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:    October 11, 2022

                                                        Respectfully submitted,

                                                        Sheehan & Associates, P.C.
                                                        /s/Spencer Sheehan
                                                        Spencer Sheehan
                                                        spencer@spencersheehan.com
                                                        60 Cuttermill Rd Ste 409
                                                        Great Neck NY 11021
                                                        Tel: (516) 268-7080

**Certificate of Service**

I certify that on October 11, 2022, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan