# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Robert Potthoff

                                Plaintiff,

v.                                                                            Case No.: 1:22–cv–01722
                                                                           Honorable Gary Feinerman

Bob's Discount Furniture, LLC

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 17, 2022:

      MINUTE entry before the Honorable Gary Feinerman: Plaintiff has filed a notice of voluntary dismissal [30], the terms of which are set forth therein. The status hearing set for 11/18/2022 [29] is stricken. Civil case closed. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.